PAUL KING v. THE STATE.

No. 9995.    Delivered January 13, 1926.

**Murder—Appeal Withdrawn.**

Appellant having filed an affidavit signed and sworn to by him, asking that his appeal be withdrawn, his request is granted, and the appeal is accordingly abated.

Appeal from the District Court of Collin County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction of murder, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Collin County of murder, and his punishment fixed at five years in the penitentiary.

We find in the record an affidavit duly signed and sworn to by appellant asking permission to withdraw his appeal and to accept his sentence. The request being in regular form, same is granted and the appeal is accordingly abated.

*Abated.*